# United States Court of Appeals
## For the First Circuit

Nos. 23-1848
     23-1849

UNITED STATES OF AMERICA,

Appellee,

v.

DONALD TURNER,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on December 27, 2024, is amended as follows:

On page 21, line 1, insert "the" between "with" and "criminal".